**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number:

TERRENCE J. HANCOCK, et al.
                    v.
STEVEN WAYNE SLUIS, individually, and STEVEN
WAYNE SLUIS, d/b/a R. SLUIS EXCAVATING CO., a
dissolved Illinois corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRENCE J. HANCOCK, et al., Plaintiffs herein

*JH*

**07CV6129**
**JUDGE HART**
**MAG. JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print)<br>Cecilia M. Scanlon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*Cecilia M Scanlon* | |
| FIRM<br>Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS<br>200 W. Adams Street, Suite 2200 | **FILED**<br>OCT 30 2007<br>OCT 3 0 2007 |
| CITY/STATE/ZIP<br>Chicago, IL  60606-5231 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288574 | TELEPHONE NUMBER<br>312/236-4316 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ✓ | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | | NO | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | | NO | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ✓ | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐