# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, *et al.*

V.

STEVEN WAYNE SLUIS, individually, and STEVEN WAYNE SLUIS, d/b/a R. SLUIS EXCAVATING CO., a dissolved Illinois corporation

**07CV6129**
**JUDGE HART**
**MAG. JUDGE SCHENKIER**

Magistrate Judge: _____

TO: Steven W. Sluis, d/b/a R. Sluis Excavating Co.
14601 66th Court
Oak Forest, IL 60452

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

> Catherine M. Chapman
> Jennifer L. Dunitz-Geiringer
> Cecilia M. Scanlon
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL 60606-5231
> (312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                              OCT 3 0 2007
Michael W. Dobbins, Clerk                       Date

(by) Deputy Clerk

State of Illinois

General No.: 07CV6129

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 11/12/2007 at 1:35:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Sluis, Steven W. d/b/a R. Sluis Excavating, Co. as shown below:

Served the wihin named Sluis, Steven W. d/b/a R. Sluis Excavating, Co. by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Steven W. Sluis a person authorized to accept service of process as agent.

Said service was effected at 127th St. & S. Ridgeland Ave., Worth, IL 60482

Description of Person Served Sex:    Height:    Weight:    Race:    Age:

Additional or Other Information:
Unable to make contact with defendant at his residence, 14601 66th Ct., Oak Forest, IL. Family member stated that defendant was working at Moraine Valley Community Church. Served at job site.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

11-13-07
Dated

Leroy Karczewski
117-000192