IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually, ) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS ) | |
| EXCAVATING CO., a dissolved Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENTRY OF DEFAULT AND
FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of STEVEN WAYNE SLUIS and STEVEN WAYNE SLUIS, d/b/a R. SLUIS EXCAVATION CO., a dissolved Illinois corporation, Defendants herein, said Defendants having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On November 12, 2007, the Summons and Complaint was served on Defendant Steven Wayne Sluis, personally, by tendering a copy of said documents to him at a jobsite (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant, Steven Wayne Sluis's answer was due on December 3, 2007.

On November 12, 2007, the Summons and Complaint was served on Defendant Steven Wayne Sluis, d/b/a R. Sluis Excavating Co., personally, by tendering a copy of said documents to him at a jobsite (a copy of the Summons and Affidavit of Service is attached hereto).

Therefore, Defendant, Steven Wayne Sluis, d/b/a R. Sluis Excavating Co.'s answer was due on December 3, 2007.

As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#20444\motion for default and audit.cms.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Default and Audit) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 9th day of January 2008:

        Mr. Steven Wayne Sluis
        14601 66th Court
        Oak Forest, IL  60452

        Mr. Steven W. Sluis, d/b/a R. Sluis Excavating Co.
        14601 66th Court
        Oak Forest, IL  60452

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#20444\motion for default and audit.cms.df.wpd