Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6129 | DATE | 1/16/2008 |
| CASE TITLE | Terrence J. Hancock, et al. Vs. Steven Wayne Sluis, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for entry of default and for an order directing an audit [13] is granted. Defendants are held in default. Defendants are to submit to an audit within thirty days.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | CW |
|---|---|---|

07C6129 Terrence J. Hancock, et al. Vs. Steven Wayne Sluis, et al.    Page 1 of 1