

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*,　　　　　) | |
| ) | |
| Plaintiffs,　) | |
| ) | CIVIL ACTION |
| vs.　) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually,　) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS　) | |
| EXCAVATING CO., a dissolved Illinois corporation,　) | |
| ) | |
| Defendants.　) | |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendants, STEVEN WAYNE SLUIS and STEVEN WAYNE SLUIS, d/b/a R. SLUIS EXCAVATION CO., a dissolved Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendants having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendants are bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendants are obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendants are bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an employer required to make contributions to the Plaintiff Funds.

6. Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendants make available to the accounting firm of Legacy Professionals, LLP, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, their payroll books and records covering the period of February 1, 2005 through the present date for which it is found that contributions are required to be made, and that an account be taken as to all employees of the Defendants covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs, as to wages received and hours worked, and determination be made of amount due Plaintiffs.

B. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_William T. Hart_
UNITED STATES DISTRICT JUDGE

DATED: 1/16/08

2

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\73 1exc\Sluis\#20444\order for audit.cms.df.wpd

3