IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | CIVIL ACTION |
| vs.  ) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually,  ) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS  ) | |
| EXCAVATING CO., a dissolved Illinois corporation,  ) | |
| ) | |
| Defendants.  ) | |

**PLAINTIFFS' MOTION FOR ORDER SETTING
A HEARING ON A RULE TO SHOW CAUSE**

NOW COME Plaintiffs, TERRENCE J. HANCOCK, *et al.*, by their attorneys, and move this Court for the entry of an Order to set a hearing on a rule to show cause why STEVEN WAYNE SLUIS should not be held in contempt of Court for failure to comply with the Court's Order of January 18, 2008. Attached in support of this Motion is the Affidavit of Cecilia M. Scanlon.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#20444\motion-rule.cms.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for an Order Setting a Hearing on a Rule to Show Cause) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 18th day of February 2008:

        Mr. Steven Wayne Sluis
        14601 66th Court
        Oak Forest, IL  60452

        Mr. Steven W. Sluis, d/b/a R. Sluis Excavating Co.
        14601 66th Court
        Oak Forest, IL  60452

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#20444\motion-rule.cms.df.wpd