IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually, ) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS ) | |
| EXCAVATING CO., a dissolved Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

CECILIA M. SCANLON, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned action.

2. On January 16, 2008, this Court entered an Order requiring the Defendants to submit to an audit of their payroll books and records for the time period February 1, 2005 through the present date within 30 days of the entry of said Order (a copy of the Order entered January 16, 2008 is attached hereto as Exhibit A).

3. On January 18, 2008, I wrote to the Defendants and informed the Defendants of the entry of the Order and enclosed a copy of the Order. I also informed Defendants that if they failed to contact Plaintiffs to schedule the audit, I would return to Court to enforce the Order (a copy of the correspondence dated January 18, 2008 is attached hereto as Exhibit B).

4.      Defendants have failed and refused to contact the Plaintiffs in order to comply with the Court Order entered January 16, 2008, requiring an audit of R. Sluis Excavating Co.'s payroll books and records.

5.      I make this Affidavit in support of the Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.

FURTHER AFFIANT SAYETH NOT.

/s/   Cecilia M. Scanlon

SUBSCRIBED AND SWORN TO
before me this 18th
day of February 2008.

/s/   Deborah A. Farrell
        NOTARY PUBLIC

I:\731exc\Sluis\#20444\scanlon affidavit-rule.cms.df.wpd