**EXHIBIT A**

Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6129 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Terrence J. Hancock, et al. Vs. Steven Wayne Sluis, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for entry of default and for an order directing an audit [13] is granted. Defendants are held in default. Defendants are to submit to an audit within thirty days.

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|

07C6129 Terrence J. Hancock, et al. Vs. Steven Wayne Sluis, et al.                    Page 1 of 1



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually, ) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS ) | |
| EXCAVATING CO., a dissolved Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendants, STEVEN WAYNE SLUIS and STEVEN WAYNE SLUIS, d/b/a R. SLUIS EXCAVATION CO., a dissolved Illinois corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendants having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendants are bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendants are obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4.   The Defendants are bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5.   Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an employer required to make contributions to the Plaintiff Funds.

6.   Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A.   That Defendants make available to the accounting firm of Legacy Professionals, LLP, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, their payroll books and records covering the period of February 1, 2005 through the present date for which it is found that contributions are required to be made, and that an account be taken as to all employees of the Defendants covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs, as to wages received and hours worked, and determination be made of amount due Plaintiffs.

B.   The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_William T. Hart_
UNITED STATES DISTRICT JUDGE

DATED: 1/16/08

2

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\73 1exc\Sluis\#20444\order for audit.cms.df.wpd

**EXHIBIT B**

**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
Attorneys and Counsellors



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

January 18, 2008

**Cecilia M. Scanlon**

E-mail Address:
cscanlon@baumsigman.com

Mr. Steven W. Sluis, President
R. Sluis Excavating Co.
14601 66th Court
Oak Forest, IL  60452

      Re:    Terrence J. Hancock, *et al.* v. Steven Wayne Sluis, individually
              and Steven Wayne Sluis, d/b/a R. Sluis Excavating Co.
              Civil Action No. 07 C 6129
              Our File No. 20444

Dear Mr. Sluis:

Enclosed is a copy of the Order entered by the Honorable Judge Hart directing an audit of your company's payroll books and records for February 1, 2005 forward. Accordingly, we demand that you contact us within seven (7) days of the date of this letter for the purpose of scheduling an audit.

Your failure to contact us and schedule the required audit will leave us no alternative but to return to court in order to initiate contempt proceedings. Your company will be liable for any additional attorneys' fees incurred as a result of further litigation of this matter.

This matter requires your immediate attention.

                                      Sincerely,

                                      **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

                                      Cecilia M. Scanlon

CMS/df
Enclosure
cc:    William D. Woldman
I:\731exc\Sluis\#20444\sluis 01-18-08.cms.df.wpd