IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | CIVIL ACTION |
| vs.    ) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually,    ) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS    ) | |
| EXCAVATING CO., a dissolved Illinois corporation,    ) | |
| ) | |
| Defendants.    ) | |

**NOTICE OF MOTION**

TO:   Mr. Steven Wayne Sluis           Mr. Steven W. Sluis, d/b/a R. Sluis Excavating Co.
        14601 66th Court                      14601 66th Court
        Oak Forest, IL  60452              Oak Forest, IL  60452

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **27th** day of **February 2008** at **11:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable William T. Hart, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2243, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause. A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 18th day of February 2008:

                Mr. Steven Wayne Sluis
                14601 66th Court
                Oak Forest, IL   60452

                Mr. Steven W. Sluis, d/b/a R. Sluis Excavating Co.
                14601 66th Court
                Oak Forest, IL   60452

                /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#20444\notice of motion-rule.cms.df.wpd