## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Terrance J Hancock, et al.

        Plaintiff,

v.             Case No.: 1:07–cv–06129
              Honorable William T. Hart

Steven Wayne Sluis, et al.

        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

   MINUTE entry before Judge William T. Hart :Plaintiffs' motion for order setting a hearing on a rule to show cause [18] is advanced and is granted. Show Cause Hearing why defendant Steven Wayne Sluis should not be held in contempt of court is set for 3/26/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.