IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 07 C 6129 |
| STEVEN WAYNE SLUIS, individually, ) | |
| ) | JUDGE WILLIAM T. HART |
| STEVEN WAYNE SLUIS, d/b/a R. SLUIS ) | |
| EXCAVATING CO., a dissolved Illinois corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   Mr. Steven W. Sluis, d/b/a R. Sluis Excavating Co.
      14601 66th Court
      Oak Forest, IL   60452

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\731exc\Sluis\#20444\notice of dismissal.cms.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of May 2008:

        Mr. Steven W. Sluis, d/b/a R. Sluis Excavating Co.
        14601 66th Court
        Oak Forest, IL   60452


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#20444\notice of dismissal.cms.df.wpd